394 A.2d 604

COMMONWEALTH of Pennsylvania

v.

Joseph BROWN, Appellant.

Superior Court of Pennsylvania.

Submitted Dec. 6, 1977.

Decided Dec. 7, 1978.

John F. Pyfer, Jr., Lancaster, for appellant.

D. Richard Eckman, District Attorney, Lancaster, for Commonwealth, appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

OPINION

PER CURIAM:

Order affirmed.

WATKINS, former President Judge, and HOFFMAN, J., did not participate in the consideration or decision of this case.